IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAMESHA TURNER, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:22-CV-01041-E-BK |
| TYLER SMITH COUNTY, | § § § | |
| Defendant. | § § § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated May 12, 2022—(Doc. 6)—the Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.[1] **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED.**

27th day of December, 2022.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff Turner filed no objections.